FILED
CLERK, U.S. DISTRICT COURT
12/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
12/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SCOTT SIBELLA,<br><br>　　　　Defendant. | CR No. 2:23-cr-00656-FLA<br><br>I N F O R M A T I O N<br><br>[31 U.S.C. §§ 5318(g), 5322(a), 31 C.F.R. § 1021.320 for: Failure to File Report of Suspicious Transaction Required to be Made by Casinos] |

　　The United States Attorney charges:

　　　　[31 U.S.C. §§ 5318(g), 5322(a); 31 C.F.R. § 1021.320;
　　　　　　　　　　　　18 U.S.C. § 2(b)]

　　On or about July 27, 2018, within the Central District of California, and elsewhere, defendant SCOTT SIBELLA, together with others, willfully failed to file, and willfully caused MGM Grand Las Vegas ("MGM Grand") to fail to file, with the United States Department of the Treasury, a report of a suspicious transaction

///

///

relevant to possible violations of law and regulation, namely, the presentation of $120,000 in cash by Wayne Nix to MGM Grand.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section

RACHEL N. AGRESS
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section
Bank Secrecy Act Coordinator

DAN G. BOYLE
Assistant United States Attorney
Environmental Crimes and
 Consumer Protection Section