# *Memorandum*

2:23-cr-00656-FLA




**FILED**
CLERK, U.S. DISTRICT COURT

12/27/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CDO _____ DEPUTY

| Subject: | Date: |
|---|---|
| United States v. SCOTT SIBELLA | December 27, 2023 |

| To: | From: |
|---|---|
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | JEFF MITCHELL<br>Assistant United States Attorney<br>Criminal Division |

**LODGED**
CLERK, U.S. DISTRICT COURT

12/27/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CDO _____ DEPUTY

The above-referenced matter, being filed on December 26, 2023,

> Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney