```
                FILED
         CLERK, U.S. DISTRICT COURT
              12/27/2023
        CENTRAL DISTRICT OF CALIFORNIA
        BY:      GR        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>SCOTT SIBELLA,<br><br>　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR No.　2:23-cr-00656-FLA<br><br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) | LODGED<br>CLERK, U.S. DISTRICT COURT<br>12/27/2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:　CDO　DEPUTY |

　　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Wayne Nix</u>, Case No. CR 22-00080-DMG, which:

　　__X__　　was previously assigned to the Honorable Dolly M. Gee;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):

Dated: December 27, 2023　　　　　　　　　/s/ Jeff Mitchell
　　　　　　　　　　　　　　　　　　　　　JEFF MITCHELL
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney