UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:23-cr-00656-DMG-1 | Date: 01/24/2024 |
| Present: The Honorable: Alka Sagar, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Alma Felix | 01/24/2024 | Rachel Agress & Daniel Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  Released on Bond | Attorneys for Defendants:  ✔ Present  Retained |
|---|---|
| Scott Sibella | Rutherford, Jeffrey H. |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* This case is assigned to Judge Dolly M. Gee.
* It is ordered that the following date(s) and time(s) are set: Guilty Plea and Setting: 1/31/2024 2:00 PM
* If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the Clerk's Office Window on the 4th floor @ 350 West 1st Street, Attention: Kelly Davis, Clerk to Judge Gee, within two days of the PIA hearing.

| cc: | PSALA | PSAED | PSASA | Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| | USMLA | USMED | USMSA | Arraignment: 00 : 02 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: AF by TRB |
| | CJA Supervising Attorney | | Fiscal | |