PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Scott Sibella                                         Docket No.: 2:23-CR-00656-DMG-1

**Petition on Probation and Supervised Release (Modification)**

      COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Scott Sibella</u> who was placed on supervision by the Honorable <u>DOLLY M. GEE</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>8th</u> day of <u>May</u>, <u>2024</u> who fixed the period of supervision at <u>12 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the presentence interview with Mr. Sibella, he indicated he had only used marijuana once or twice while in college. That statement, along with lack of a documented substance abuse history, likely lead the Court to suspend mandatory drug testing at sentencing.

Mr. Sibella resides in the Southern District of California (SD/CA) and when he reported to the Probation Office in that district on June 6, 2024, he admitted to occasionally using marijuana gummies to help him sleep. The urine sample he provided on June 6, 2024, returned negative for drug use. Given his admission of marijuana use to help him sleep, the Probation Office in the SD/CA has requested that a modification be proposed to the Court to include mandatory drug testing and a condition ordering Mr. Sibella not to use illicit drugs.

Mr. Sibella and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Scott Sibella, as a special condition of supervision, shall not illegally possess a controlled substance. The offender shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>26th</u> day of <u>June</u>, 20<u>24</u> and ordered filed and made a part of the records in the above case.<br><br>*/s/ Dolly M. Gee*<br>United States District Judge<br>HONORABLE DOLLY M. GEE | JENNY ULLOA      /S/<br>U. S. Probation & Pretrial Services Officer<br><br>Place: Ventura, California<br><br>Approved: BRANDON SCHNEIDER    /S/<br>Supervising U.S. Probation & Pretrial Services Officer<br><br>Date: June 26, 2024 |