1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 23-656-DMG |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY CONDITIONS OF PROBATION REGARDING TRAVEL** |
| v. | |
| SCOTT SIBELLA, | |
| Defendant. | |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604438427                                          Case No. CR 23-656-DMG

[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS
OF PROBATION REGARDING TRAVEL

# [PROPOSED] ORDER GRANTING STIPULATION TO MODIFY CONDITIONS OF PROBATION REGARDING TRAVEL

The Court having considered the parties' Stipulation to Modify Conditions of Probation Regarding Travel, and finding good cause therefore:

IT IS HEREBY ORDERED THAT the conditions of Defendant Scott Sibella's probation is modified as follows:

The defendant may travel to the District of Nevada for a stay of up to two weeks upon 24-hour's notice to the probation officer, may travel outside of the Southern District of California, domestically or internationally, for work upon 24-hour's notice to the probation officer, which will include the name of the company or companies with which Mr. Sibella is working or interviewing, as well as the itinerary, and may otherwise travel outside of the Southern District of California, domestically or internationally, for non-work reasons upon one-week's notice, which will include the itinerary.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Dolly M. Gee
United States District Court Judge

604438427 — 2 — Case No. CR 23-656-DMG
[PROPOSED] ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF PROBATION REGARDING TRAVEL

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067